# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| LIMPIT ACQUISITION, LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> FEDERAL FINANCIAL GROUP, INC., : <br> : <br> Defendant. : | Civil Action No. 04-3884 (JAG) <br><br> **ORDER** |

**GREENAWAY, JR., U.S.D.J.**

On October 12, 2006, Magistrate Judge Madeline Cox Arleo filed a Report and Recommendation ("R&R"), pursuant to Fed. R. Civ. P. 72(b) and L. Civ. R. 72.1(a)(2), wherein she recommended that defendant, Federal Financial Group, Inc.'s ("FFG") answer and affirmative defenses be stricken from the record and default be entered against FFG as a sanction for failing to comply with various court orders. The time for filing objections to the R&R has expired, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); see also FED. R. CIV. P. 72(b). This Court has reviewed the parties' submissions and the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Arleo's analysis and conclusion. Therefore,

IT IS on this 5th day of March, 2007,

ORDERED that Magistrate Judge Arleo's R&R is adopted as the opinion of the Court; and

IT IS FURTHER ORDERED that FFG's answer and affirmative defenses be stricken from the record; and

IT IS FURTHER ORDERED that default be entered against FFG; and

IT IS FURTHER ORDERED that plaintiff, Limpit Acquisition, LLC, be permitted to proceed to judgment by default; and

IT IS FURTHER ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.